UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-136

Nos. 24-8024 & 24-8025

DAVID JAROSLAWICZ, Individually and on behalf of all others similarly situated

v.

BELINA FAMILY; JEFF KRUBLIT,
Petitioners

(D. Del. No. 1:15-cv-00897)

Present:  KRAUSE, FREEMAN and SCIRICA, Circuit Judges

1. Petitions for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioners Belina Family and Jeff Krublit.

2. Defendants'-Respondents' Uncontested Motion to Enlarge the Word Limit for their Consolidated Answering Brief in Opposition to Plaintiffs'-Appellants' Petitions for Permission to Appeal filed by Respondents Brent D. Baird, Scott A. Belair, Angela C. Bontempo, Robert T. Brady, Victoria H. Bruni, T. Jefferson Cunningham, III, Mark J. Czarnecki, Gary N. Geisel, Cornelius E. Golding, John D. Hawke, Jr., Patrick W.E. Hodgson, Hudson City Bancorp Inc, Rene F. Jones, Richard G. King, M&T Bank Corp, Jorge G. Pereira, Donald O. Quest, Melinda R. Rich, Robert E. Sadler, Jr., Denis J. Salamone, Joseph G. Sponholz, Herbert L. Washington, Robert G. Wilmers, Michael W. Azzara and William G. Bardel.

3. Response filed by Respondents Brent D. Baird, Angela C. Bontempo, Robert T. Brady, T. Jefferson Cunningham, III, Mark J. Czarnecki, Gary N. Geisel, John D. Hawke, Jr., Patrick W.E. Hodgson, Rene F. Jones, Richard G. King, M&T Bank Corp, Jorge G. Pereira, Melinda R. Rich, Robert E. Sadler, Jr., Herbert L. Washington and Robert G. Wilmers to Petitions for Permission to Appeal.

4. Unopposed Motion filed by Respondents Brent D. Baird, Angela C. Bontempo, Robert T. Brady, T. Jefferson Cunningham, III, Mark J. Czarnecki, Gary N. Geisel, John D. Hawke, Jr., Patrick W.E. Hodgson, Rene F. Jones, Richard G. King, M&T Bank Corp, Jorge G. Pereira, Melinda R. Rich, Robert E. Sadler, Jr., Herbert L. Washington and Robert G. Wilmers in 24-8024, 24-8025 to seal Petitioners' June 26, 2024 Petition for Permission to Appeal.

          Respectfully,
          Clerk/JK

_____ORDER_____

The foregoing motion to seal and motion to enlarge the word limit are granted. The petitions for permission to appeal pursuant to Fed. R. Civ. P. 23(f) are denied.

          By the Court,

          s/Anthony J. Scirica
          Circuit Judge

Dated: February 7, 2025
JK/cc: All Counsel of Record

A True Copy:

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk